In the Matter of the Accounting of AARON P. GARRA-
BRANT et al., as Executors of LAURA A. KLUGH,
Deceased, Executrix and Trustee under the Will of
HENRY E. KLUGH, Deceased, Appellants.

AARON D. KLUGH et al., Respondents.

Reported below, 176 App. Div. 186.
(Submitted February 26, 1917; decided March 6, 1917.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered January 3, 1917, which modified
and affirmed as modified a decree of the New York
County Surrogate's Court surcharging the accounts of
the executors herein.

The motion was made upon the ground that no ques-
tions of law were involved; that the Appellate Division
had unanimously decided that the findings of fact were
supported by the evidence and that the appeal was
frivolous and taken solely for the purpose of delay.

*Charles E. Thorn* for motion.

*Charles P. Hallock* opposed.

Motion denied, with ten dollars costs.

———————

ANNA I. HUTCHINSON, Appellant, *v.* JOSEPH T. McCAD-
DON et al., Individually and as Executors of and Trus-
tees under the Will of RUTH L. BAILEY, Deceased, et
al., Respondents, Impleaded with Others.

(Submitted February 26, 1917; decided March 6, 1917.)

Motion to amend remittitur so as to recite that the
affirmance is of the final judgment entered in the office
of the clerk of the county of Westchester on the 11th
day of August, 1915, granted.    (See 220 N. Y. 573.)